## COMMISSIONERS OF HIGHWAYS OF WARWICK *vs.* THE JUDGES OF THE ORANGE COUNTY COURTS.

On a motion for a *certiorari* in open court, the party, against whom the proceeding is had, is not allowed to controvert the allegations of the party applying; he is at liberty only to present such questions of law as in this stage of the proceeding properly arise.

August 23.

ON a motion for a *certiorari* to the judges of Orange to bring up an adjudication relative to a road, it was decided that the allegations in the affidavit, on which the application was founded, could not be controverted by the party in whose favor the decision was made; that he could only be heard on such questions of law as in this stage of the proceedings were proper to be presented to the consideration of the court.